Rory J. Linerud, OSB # 970061
Rory@LinerudLawFirm; rorylinerud@hotmail.com
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff


UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| ARICELI BARAJAS DE HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL No. 3:22-CV-01229-HZ |
| | ) | |
| COMMISSIONER, SOCIAL | ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, | ) | PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| | ) | |
| Defendant. | ) | |

It is hereby ORDERED that attorney fees in the amount of $7,750.00 are awarded to

Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount of

this award shall be paid to Plaintiff's attorney upon verification that Plaintiff validly assigned

these EAJA fees to his attorney and that Plaintiff has no debt, which qualifies for offset against

the award, pursuant to the Treasury Offset Program. *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt and there is a valid assignment, then a check shall be made out to

Plaintiff's attorney, Rory Linerud, and mailed to Plaintiff's attorney's office mailing address

as follows:        Rory J. Linerud
                   PO Box 5734
                   Salem, OR 97304


ORDER - EAJA FEES                1

If Plaintiff has a debt, and/or if there is no valid assignment, then a check for any

remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's

attorney's office at the address stated above. IT IS SO ORDERED.

DATED this _____8_____ day of _____Sept_____, 2023.


_____

HONORABLE MARCO A HERNANDEZ
UNITED STATES DISTRICT COURT JUDGE




Presented by:

/s/ Rory J. Linerud_____
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971)218-6954
Email: Rory@LinerudLawFirm.com
Fax: (503)877-6691